**Order entered September 28, 2015**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01197-CR

**EDWARD LERON SATCHELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F12-24811-X**

## ORDER

The appellate record shows that on August 25, 2014, following voir dire, a hearing was held before the trial court in this case to determine the voluntariness and admissibility of appellant's statement, State's Exhibit 24. On the following day, August 26, 2014, shortly before the start of trial, the trial court announced that, after reviewing case law, it had decided the statement was admissible and that the *Miranda* warnings were appropriate and sufficient. However, the appellate record does not contain any findings of fact and conclusions of law. Article 38.22 section 6 of the Texas Code of Criminal Procedure provides that "[i]f the statement has been found to have been voluntarily made and held admissible as a matter of law and fact by the court in a hearing in the absence of the jury, the court must enter an order stating its conclusion as to whether or not the statement was voluntarily made, along with the specific

findings of facts upon which the conclusion was based, which order shall be filed among the papers of the cause." *See* TEX. CODE CRIM. PROC. ANN. art. 38.22 § 6.

We hereby **ORDER** the trial court to enter an order stating its conclusion as to whether or not the statement was voluntarily made, along with the specific findings of facts on which that conclusion was based, and to file a supplemental clerk's record no later than **THIRTY DAYS** from the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated following receipt of the supplemental clerk's record.


/s/     DAVID L. BRIDGES
          JUSTICE